```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 24470
   VICTOR OSAQUE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-4688

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 12/28/2007 and was not confirmed.

   The case was dismissed without confirmation 03/03/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED         3147.51           .00             .00
STUART ALLAN & ASSOC       UNSECURED          379.68           .00             .00
ASSET ACCEPTANCE LLC       UNSECURED          315.58           .00             .00
SPRINT PC                  UNSECURED        NOT FILED          .00             .00
SBC                        UNSECURED        NOT FILED          .00             .00
SBC                        UNSECURED        NOT FILED          .00             .00
BALLYS TOTAL FITNESS ~     UNSECURED        NOT FILED          .00             .00
DS WATERS OF NORTH AMERI   UNSECURED        NOT FILED          .00             .00
WOW INTERNET & CABLE SER   UNSECURED        NOT FILED          .00             .00
COMCAST CABLE              UNSECURED        NOT FILED          .00             .00
MIDWEST CENTER FOR STRES   UNSECURED        NOT FILED          .00             .00
FIRST PREMIER BANK         UNSECURED        NOT FILED          .00             .00
FIRST NATIONAL BANK OF M   UNSECURED        NOT FILED          .00             .00
HARRIS & HARRIS            UNSECURED        NOT FILED          .00             .00
HSBC NV/GM CARD            UNSECURED        NOT FILED          .00             .00
LITTLE CO HOSPTIALIST GR   UNSECURED        NOT FILED          .00             .00
MAGNA BK-ILL               UNSECURED        NOT FILED          .00             .00
EVERGREEN EMERGENCY SERV   UNSECURED        NOT FILED          .00             .00
ASPIRE VISA                UNSECURED        NOT FILED          .00             .00
FIRST NATIONAL BANK OF M   UNSECURED        NOT FILED          .00             .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00             .00
HSBC CREDIT SERVICE INC    UNSECURED        NOT FILED          .00             .00
LITTLE COMPANY OF MARY H   UNSECURED        NOT FILED          .00             .00
LITTLE COMPANY OF MARY H   UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED          .00             .00
AMERICAN GENERAL MIDWEST   UNSECURED        NOT FILED          .00             .00
AARON SALES & LEASE OWNE   SECURED               .00           .00             .00
HOME COMING FUNDING NE     CURRENT MORTG         .00           .00             .00
HOME COMING FUNDING NE     MORTGAGE ARRE    22000.00           .00             .00
MONTEREY COLLECTIONS       SECURED          1509.94            .00             .00
PREMIER BANCARD CHARTER    UNSECURED         319.97            .00             .00
PREMIER BANCARD CHARTER    UNSECURED         500.85            .00             .00
BENNIE W FERNANDEZ         DEBTOR ATTY     2,873.00                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 24470 VICTOR OSAQUE
```

```
TOM VAUGHN                   TRUSTEE                                        .00
DEBTOR REFUND                REFUND                                         .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        ---------------      ---------------
TOTALS                       .00                     .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                          /s/ Tom Vaughn
    Dated: 06/25/08                       _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE